```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF OHIO
                            EASTERN DIVISION
```

Angela Abram,

    Plaintiff,

    v.                               Case No. 2:20-cv-5612

Commissioner of
Social Security,

    Defendant.

## ORDER

This matter is before the court for consideration of the November 23, 2020, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). See Doc. 4. On October 29, 2020, the magistrate judge issued an order directing plaintiff to file a revised and properly supported motion for leave to proceed in forma pauperis by November 12, 2020. When plaintiff failed to do so, the magistrate judge issued the above report and recommendation recommending that plaintiff's motion for leave to proceed in forma pauperis be denied without prejudice.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would result in a waiver of the right to have the district judge review the report and recommendation de novo and would operate as a waiver of the right to appeal the decision of the district court adopting the report and recommendation. Doc. 4, p. 2. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court agrees with the recommendation of the magistrate judge and adopts the report and recommendation (Doc. 4). Plaintiff's motion for leave to proceed in forma pauperis (Doc. 1) is denied without prejudice. Plaintiff is ordered to pay the current filing fee of $402.00 within thirty days of the date of this order. Failure to do so will result in the dismissal of this action for want of prosecution.

Date: December 14, 2020          s/James L. Graham
                                 James L. Graham
                                 United States District Judge